UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Keith Coleman,<br><br>                             Petitioner,<br>    v.<br>Williams, et al.<br><br>                            Respondents. | Case No. 2:23-cv-01128-ART-VCF<br><br>ORDER DISMISSING PETITION, DENYING CERTIFICATE OF APPEALABILITY, AND CLOSING CASE |

      Keith Coleman submitted a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254. (ECF No. 1-1.) On October 17, 2023, the Court denied Coleman's application to proceed *in forma pauperis* and directed him to pay the filing fee within 30 days. (ECF No. 7.) That order was served on Coleman at his address of record. (*See id.*) The order was returned the next day as undeliverable with the notation "offender is paroled." (*See* ECF No. 8.) Coleman has failed to file anything further in this case. The Local Rules require that an attorney or *pro se* party immediately file written notice of change of address with the Court. LR IA 3-1. The Court therefore dismisses this petition for failure to update address.

It is therefore ordered that the Clerk of Court **electronically file the petition (ECF No. 1-1)**.

It is further ordered that the **petition is dismissed**.

It is further ordered that a certificate of appealability will not issue.

It is further ordered that Petitioner's motion for appointment of counsel **(ECF No. 3) is denied** as moot.

The Clerk is directed to enter judgment accordingly and close this case.

Dated this 2nd day of January 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2